# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

FILED SEP 3 0 2011

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>Rosario Ernesto Armenta-Padilla,<br><br>    Defendant. | CASE NO. 11CR0923 JM<br><br>**JUDGMENT OF DISMISSAL** |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___ the Court has dismissed the case for unnecessary delay; or

___ the Court has granted the motion of the Government for dismissal; or

___ the Court has granted the motion of the defendant for a judgment of acquittal; or

___ a jury has been waived, and the Court has found the defendant not guilty; or

_X_ the jury has returned its verdict, finding the defendant not guilty;

_X_ of the offense(s) as charged in the Indictment/Information:

   21:952 and 960 - Importation of Methamphetamine

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: September 30, 2011

                                  Jeffrey T. Miller
                                  UNITED STATES DISTRICT JUDGE